KRISTIAN LAVIGNE, ESQ.
Nevada Bar No.11629
JEFFREY LAVIGNE, ESQ.
Nevada Bar No. 13906
**THE LAW OFFICE OF KRISTIAN
LAVIGNE AND ASSOCIATES, P.C.**
8064 W. Sahara Avenue, Suite No. 102
Las Vegas, NV 89117
Ph:702-732-3529
Fax:702-724-9073
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ESLI VACA-ZETINA, an individual; MARGARITA LOPEZ-RANGEL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> JORGE SARABIA, an individual; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive, <br><br><br> Defendant | Case No.: 2:22-cv-00916-JAD-EJY <br><br> **STIPULATION AND ORDER REGARDING FED. R. CIV. P. 35 EXAMINATION OF PLAINTIFF ESLI VACA-ZETINA** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ESLI VACA-ZETINA, by and through her undersigned counsel of record and Defendant JORGE SARABIA, by and through his undersigned counsel of record, as to the terms of the Fed. R. Civ. P. 35 Medical Examination (the "Rule 35 Examination") as follows:

1.      The Rule 35 Examination will take place on August 31, 2022, at 10:00 a.m., Pacific Standard Time and will be conducted by Don Young Park, MD, of David Geffen School of Medicine at UCLA, Department of Orthopaedic Surgery (the "medical examiner"). No other physician, surgeon, or chiropractor shall be present during the examination. If necessary, the medical examiner may use members of his/her staff to assist during the examination. The location of the examination will be 2500 West Sahara Avenue, Suite 207, Las Vegas, NV 89102.

2.      The examination will begin at 10:00 a.m., Pacific Standard Time, and will end no later than 90 minutes thereafter. If the examination does not begin on time, no additional time will be given.

3.      The examination shall be conducted in Clark County, Nevada.

4.      No CT Scans, MRIs, X-Rays, or other medical images shall be performed on Plaintiff in the course and scope of the examination, nor shall any medical treatment be rendered to Plaintiff by the defense medical examiner.

5.      Any paperwork or forms that Defendant (or the medical examiner) requires for the examination shall be submitted to Plaintiff's counsel no later than August 17, 2022.

6.      Within thirty (30) days following the examination, Plaintiff shall be provided with a copy of all reports and writings generated by the medical examiner, including but not limited to, a detailed written report of the examiner setting out the examiner's findings, including results of all tests made, diagnoses and conclusions, together with like reports of all earlier examination of the same condition.

7.      Plaintiff may have an observer present at the examination. If Plaintiff brings an observer, Plaintiff will identify the observer and state the observer's relationship to Plaintiff prior to the examination. Plaintiff's observer will not be any attorney or employee of The Law Offices of Kristian Lavigne & Associates, PC. Defendants may not be present at the Rule 35 Examination. Defense counsel may not be present at the Rule 35 Examination. Insurance representatives may not be present at the Rule 35 Examination.

8.      The medical examiner shall not engage in *ex parte* communication with Plaintiff's treating health care providers.

9.      The examiner shall retain all handwritten notes, emails sent and received, and all documents generated or received, including draft reports, related to the examination. Retention shall not be construed as a waiver of any objections as to the discoverability of these documents.

10.     The examiner will produce a copy of his entire file upon written request by Plaintiff's counsel, including any test materials/raw data.

11.     The examiner will accurately report his or her findings and test results.

- 2 -

12.     Liability questions, including details of how the subject crash occurred, may not be asked by the examining physician or any agent or representative of the examining physician. The examining physician may ask questions regarding how Plaintiff's body moved inside the vehicle and whether Plaintiff's body struck anything during the collision.

13.     The report generated by the examiner will list all tests, exams, other materials (radiographs, test results, other physician reports) that are used by the examiner to form the examiner's opinions and conclusions. All reference materials must be referred to within the report, otherwise they will be precluded as part of the basis of the medical examiner's opinions.

14.     The Rule 35 Examination may be audio recorded by Plaintiff or her representative and the medical examiner or his representative. Any person audio recording the examination will announce the examination is being recorded prior to the examination beginning. Any person who audio records the examination will make a copy of the recording available upon request.

15.     Defense counsel will provide the medical examiner a copy of these terms and conditions prior to the examination. The medical examiner shall abide by the terms and conditions set forth herein.

16.     Unless Plaintiff undergoes additional spine surgery, this will be the one and only Rule 35 exam related to injuries and/or treatment relating to Plaintiff's spine. Defendant reserves the right to conduct additional Rule 35 Exams on other parts of Plaintiff's body, should the need arise.

17.     Neither Plaintiff nor the medical examiner will end the Rule 35 Examination early without first attempting to reach their respective counsel. Counsel agree that they will be available at the time of the examination and will attempt to speak telephonically to resolve any issues prior to the Plaintiff or the medical examiner ending the examination early.

1    DATED:  August 8, 2022

2

3                                              BY:  /s/ Kristian Lavigne
                                                    KRISTIAN LAVIGNE, ESQ.
4                                                   Nevada State Bar No. 11629
                                                    JEFFREY LAVIGNE, ESQ.
5                                                   Nevada State Bar No. 13906
                                                    THE LAW OFFICES OF KRISTIAN
6                                                   LAVIGNE & ASSOCIATES
                                                    8064 W. Sahara Avenue, # 102
7                                                   Las Vegas, Nevada 89117
                                                    Telephone: (702) 732-3529
8                                                   Facsimile: (702) 724-9073
                                                    Email: jeff@myrebellawyer.com
9                                                   *Attorneys for Plaintiff*

10   DATED:  August 8, 2022

11

12

13                                             BY:  /s/ Jonathan Powell
                                                    CHRISTINE BOOZE
14                                                  Nevada Bar No. 7610
                                                    JONATHAN L. POWELL
15                                                  Nevada Bar No. 9153
                                                    WINNER & BOOZE
16                                                  1117 South Rancho Drive
                                                    Las Vegas, Nevada 89102
17                                                  Phone (702) 243-7000
                                                    Facsimile (702) 243-7059
18                                                  cbooze@winnerfirm.com
                                                    jpowell@winnerfirm.com
19                                                  *Attorneys for Jorge Sarabia*

20

21

22                                    **ORDER**

23

24   IT IS SO ORDERED:

25
     _____
26   THE HONORABLE ELAYNA J. YOUCHAH
     UNITED STATES MAGISTRATE JUDGE

27

28                                     DATED:        August 8, 2022