CHRISTINE BOOZE
Nevada Bar No. 7610
JONATHAN L. POWELL
Nevada Bar No. 9153
WINNER & BOOZE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
cbooze@winnerfirm.com
jpowell@winnerfirm.com

*Attorneys for Jorge Sarabia*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ESLI VACA-ZETINA, an individual; MARGARITA LOPEZ-RANGEL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JORGE SARABIA, an individual; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-00916-JAD-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 21 |

IT IS HEREBY STIPULATED by and between Jeffrey J. Lavigne of the Law Offices of Kristian Lavigne and Associates, attorneys for the Plaintiffs, ESLI VACA-ZETINA and MARGARITA LOPEZ-RANGEL, and Jonathan L. Powell of the law firm of Winner & Booze, attorneys for Defendant, JORGE SARABIA that the Plaintiffs' Complaint be dismissed with prejudice, and each party is to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above-referenced matter.

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above-referenced matter.

DATED this 4th day of November 2022.    DATED this 21st day of November 2022.

WINNER & BOOZE    THE LAW OFFICES OF KRISTIAN LAVIGNE & ASSOCIATES

/s/ *Jonathan L. Powell*    /s/ _____
Christine M. Booze    Jeffrey J. Lavigne
Nevada Bar No. 7610    Nevada Bar No. 13906
Jonathan L. Powell    Kristian Lavigne
Nevada Bar No. 9153    Nevada Bar No. 11629
1117 S. Rancho Dr.    8064 West Sahara Avenue, #102
Las Vegas, Nevada 89102    Las Vegas, Nevada 89117
Tel: (702) 243-7000    Tel: (702) 732-3529

### ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 22, 2022

Submitted by:

WINNER & BOOZE

/s/ *Jonathan L. Powell*
Jonathan L. Powell
Nevada Bar No. 9153
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant
Case No. 2:22-cv-00916-JAD-EJY